Filed 11/13/13  P. v. Dickinson CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE, | C072769 |
| Plaintiff and Respondent, | (Super. Ct. No. CM037383) |
| v. | |
| BENNIE EDWARD DICKINSON, | |
| Defendant and Appellant. | |

On September 23, 2012, defendant and two other people stole Paul Short's pickup truck.  Defendant came to Short's home, pointed a pistol at his head, and demanded that he hand over the keys to the truck and the truck's title.  Short complied and defendant drove off in the truck with his compatriots.

On September 25, 2012, the same three people returned to Short's residence and pushed their way into his home.  Defendant, armed with a flashlight, took Short's crossbow and tablet computer.  Short confronted defendant, who hit him in the head.

Defendant and his cohorts then left the residence. Defendant was later apprehended with the stolen items as well as two shotguns and various narcotics.

Defendant pleaded no contest to felon in possession of a firearm (Pen. Code, § 29800, subd. (a)(1)) and admitted five prior felony convictions. The trial court sentenced defendant to two years in state prison, imposed various fines and fees, and awarded 97 days' presentence credit (49 actual and 48 conduct).

Defendant appeals. His request for a certificate of probable cause was denied.

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days elapsed, and we received no communication from defendant. Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.


          RAYE         , P. J.


We concur:



    NICHOLSON   , J.



    ROBIE      , J.